Jack Silver, Esq. SBN: 160575
Kimberly Burr, Esq. SBN: 193805
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax. (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

JAMES E. SELL, ESQ. (SBN 135935)
MOLLY A. GILARDI, ESQ. (SBN 239963)
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Defendants
SHAMROCK MATERIALS, INC. and
SHAMROCK MATERIALS OF NOVATO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAMROCK MATERIALS, INC., SHAMROCK MATERIALS OF NOVATO, INC., DOES 1 - 10, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO.  C06-06831 PJH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER [FRCP 41(a)(1)(ii)]** |

WHEREAS the parties reached an agreement at Mediation on September 5, 2007 to settle all of their disputes with respect to this action, and have executed a confidential Settlement Agreement as of October 8, 2007;

IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH and defendants, SHAMROCK MATERIALS, INC., and SHAMROCK MATERIALS OF NOVATO, INC., by and through their counsel of record, that this matter may be dismissed with prejudice, each party to bear its own costs of suit.

This Stipulation may be executed in several counterparts, all of said counterparts shall constitute one original.

DATED: October 11, 2007        LAW OFFICE OF JACK SILVER

BY: _____
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED: October 10, 2007        LYNCH, GILARDI & GRUMMER

BY: _____
JAMES E. SELL
Attorney for Defendants
SHAMROCK MATERIALS, INC., SHAMROCK MATERIALS OF NOVATO, INC.

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED: 10/12/07

_____
PHYLLIS J. HAMILTON, JUDGE
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton